## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA MADILL, ) | |
| ) | CASE NO. 1:16-cv-2468-JMS-DML |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ACCESSABILITY CENTER FOR ) | |
| INDEPENDENT LIVING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, costs paid.

SO ORDERED __03/03/2017__.

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution via the Court's electronic notification system to all counsel of record.

LR00005.0630945   4817-7706-7588v1